PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Donna M. Ryu<br>U.S. Magistrate Judge | RE: | AHMAD, Azeem |
| FROM: | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR12-00248-6 |

DATE: January 31, 2013

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Timothy R. Elder II | (510)637-3753 |
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

RE:   STATUS/INFORMATION

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _4, 3rd Flr._ on _2/11/13_ at _9:30 Am_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(ASA and Defense Counsel).

☐ Other Instructions:

_____

_____

| | |
|---|---|
| _[signature]_ | 2/1/13 |
| JUDICIAL OFFICER | DATE |

Cover Sheet (02/07/2011)